IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BART PIKE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00547 |
| | ) JUDGE HAYNES |
| DAN GODBY, individually, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

In accordance with the Plaintiff's motion for voluntary dismissal (Docket Entry No. 30) and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is **DISMISSED without prejudice**. Each party shall bear its own costs. All other motions are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 25th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge